IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:04-cr-131 |
| Plaintiff, | Judge Thomas M. Rose |
| v. | |
| CHRISTOPHER RODGERS, | |
| Defendant. | |

_____

**ENTRY AND ORDER OVERRULING OBJECTIONS (DOCS. 58, 63); ADOPTING REPORT AND RECOMMENDATIONS (DOC. 55) AND SUPPLEMENTAL REPORT AND RECOMMENDATIONS (DOC. 61); AND DISMISSING MOTION TO VACATE PURSUANT TO 28 U.S.C. § 2255 (DOC. 53) WITH PREJUDICE**
_____

This habeas corpus case is before the Court on the Objections (Docs. 58, 63) filed by Defendant Christopher Rodgers ("Defendant") to the Report and Recommendations ("Report") (Doc. 55) and Supplemental Report and Recommendations ("Supplemental Report") (Doc. 61). In both the Report and Supplemental Report, Magistrate Judge Michael R. Merz recommended that Defendant's Motion to Vacate Sentence Pursuant to 28 U.S.C. § 2255 (Doc. 53) be dismissed with prejudice.

As required by 28 U.S.C. § 636(b) and Federal Rule of Civil Procedure 72(b), the Court has made a *de novo* review of the record in this case. Upon said review, the Court finds that Defendant's Objections (Doc. 58) to the Report (Doc. 55) and Objections (Doc. 63) to the Supplemental Report (Doc. 61) are not well taken and they are hereby **OVERRULED**. The Court **ADOPTS** the Report (Doc. 55) and Supplemental Report (Doc. 61) in their entirety and rules as follows:

- The Court **DISMISSES** the Motion to Vacate Sentence Pursuant to 28

   U.S.C. § 2255 (Doc. 53) with prejudice;

- As reasonable jurists could disagree with this conclusion in light of the newness of the issues and particularly noting Judge White's dissent in *United States v. Taylor*, 814 F.3d 340 (6th Cir. 2016), Defendant is **GRANTED** a certificate of appealability; and

- The Court further **CERTIFIES** to the Sixth Circuit that Defendant should be permitted to proceed *in forma pauperis* on appeal.

**DONE** and **ORDERED** in Dayton, Ohio, this Tuesday, September 13, 2016.

                     s/Thomas M. Rose

                 _____
                    THOMAS M. ROSE
               UNITED STATES DISTRICT JUDGE